UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>JERRY MICHAEL FUENTEZ,<br><br>Defendant. | Case No. 1:24-cv-000466-CDB<br><br>ORDER DIRECTING PLAINTIFF TO SUBMIT SUPPLEMENTAL BRIEFING ON PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT<br><br>(Docs. 16, 30) |

Pending before the Court is the motion for default judgment by Plaintiff Construction Laborers Trust Funds for Southern California Administrative Company ("Plaintiff") against Defendant Jerry Michael Fuentez ("Defendant"), filed February 26, 2024. (Doc. 16).

On June 12, 2024, the Court convened for hearing on Plaintiff's motion for default judgment. (Doc. 30). Natalia Bautista appeared on behalf of Plaintiff via video. *Id*. Defendant did not appear. *Id*.

When considering a motion for default judgment, "[i]f the court determines that the allegations in the complaint are sufficient to establish liability, it must then determine the 'amount and character' of the relief that should be awarded." *Landstar Ranger, Inc. v. Parth Enters., Inc.*, 725 F. Supp.2d 916, 920 (C.D. Cal. 2010) (quoting 10A Charles Alan Wright *et al.*, Fed. Prac. and Proc. § 2688, at 63 (3d ed. 1998)).

As discussed during the hearing and preserved on the record, the Court determined supplemental briefing was necessary to support Plaintiff's claim to the monetary relief sought. In particular, the Court determines that the supporting declaration of Yvonne Higa in which Plaintiff sets forth its methodology for auditing records and computing Defendant's alleged delinquency does not adequately explain the basis for the proffered calculations. *See* (Docs. 16-2 ¶ 21 & 16-12 [Ex. 9]). Further, Plaintiff's request for attorney fees (Doc. 16-2 at 13-14) does not comply with E.D. Local Rule 293.

Accordingly, IT IS HEREBY ORDERED:

1. Within 14 days of the date of entry of this order, Plaintiff shall file a supplemental brief addressing the aforementioned issues consistent with the discussion preserved on the record during the motion hearing; and

2. Plaintiff shall serve on Defendant a copy of this order and a copy of Plaintiff's supplemental briefing within three (3) days of the briefing's filing and shall file proof of service promptly thereafter.

IT IS SO ORDERED.

Dated:   **June 13, 2024**

UNITED STATES MAGISTRATE JUDGE