1

2

3

4

5

6

7

8                            UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   | CONSTRUCTION LABORERS TRUST | Case No. 1:24-cv-000466-JLT-CDB |

12   FUNDS FOR SOUTHERN CALIFORNIA
     ADMINISTRATIVE COMPANY,          ORDER GRANTING PLAINTIFF/JUDGMENT

13                                     CREDITOR'S REQUEST FOR SPECIAL
                    Plaintiff,         APPOINTMENT TO SERVE PROCESS
14
              v.                       (Doc. 46)
15
     JERRY MICHAEL FUENTEZ,            **10-DAY DEADLINE**
16
                    Defendant.
17

18

19        **Relevant Background**

20        Plaintiff/Judgment Creditor Construction Laborers Trust Funds for Southern California

21   Administrative Company ("Plaintiff" or "Judgment Creditor") filed this action on December 5,

22   2023, in the Central District of California (Doc. 1) and filed their proof of service soon thereafter.

23   (Doc. 10).  When Defendant Jerry Michael Fuentez ("Defendant") did not make an appearance or

24   timely respond to the complaint, Plaintiff filed a request for entry of default which was entered by

25   the Clerk of the Court.  (Docs. 13, 14).  Plaintiff thereafter filed an unopposed motion for default

26   judgment.  (Doc. 16).  On April 18, 2024, the matter was transferred to this Court.  (Doc. 19).  On

27   October 22, 2024, the assigned district judge adopted the undersigned's findings and

28   recommendations and granted Plaintiff's motion for default judgment.  (Docs. 35, 37).  Judgment

1    entered the same day.  (Doc. 38).  Abstracts of judgment were issued on November 26, 2024, and

2    December 3, 2024.  (Docs. 43, 45).

3    **Plaintiff/Judgment Creditor's Request for Special Appointment to Serve Process**

4    Pending before the Court is Plaintiff/Judgment Creditor's request, filed on August 29, 2025,

5    that a registered California process server ("Process Server") be specially appointed to serve any

6    writs of attachment and writs of execution in this action.  (Doc. 46).  Plaintiff/Judgment Creditor

7    proposes the Process Server shall be competent and not less than eighteen (18) years of age; be a

8    California process server duly registered in the county in which the writ of attachment or writ of

9    execution will be served; and not be a party to this action.  *Id.* at 2.  Plaintiff/Judgment Creditor

10    represents that "[g]ranting this request will affect substantial savings in time and travel fees of the

11    United States Marshal, who shall remain the levying officer under California Code of Civil

12    Procedure § 699.080."  *Id.*

13    Federal Rule of Civil Procedure 4.1 provides that "[p]rocess—other than a summons under

14    Rule 4 or a subpoena under Rule 45—must be served by a United States marshal or deputy marshal

15    or by a person specially appointed for that purpose."  Fed. R. Civ. P. 4.1.  Under Rule 69(a)(1), "[a]

16    money judgment is enforced by a writ of execution, unless the court directs otherwise.  The

17    procedure on execution--and in proceedings supplementary to and in aid of judgment or

18    execution--must accord with the procedure of the state where the court is located, but a federal

19    statute governs to the extent it applies."  Fed. R. Civ. P. 69(a)(1).  Under California law, "[a]

20    registered process server may levy under a writ of execution" on specific types of property.  Cal.

21    Civ. Proc. Code § 699.080(a).  "Registered process servers may be authorized and appointed under

22    Rule 4.1 for this purpose."  *First Midwest Equip. Fin. Co. v. Aero Transp., Inc.*, No. 1:18-mc-

23    00017-AWI-SAB, 2022 WL 2359284, at *1 (E.D. Cal. June 30, 2022).

24    Based on the Plaintiff/Judgment Creditor's representations, and the procedural posture of

25    this case, the Court finds good cause to grant Plaintiff/Judgment Creditor's request.  *See* (Docs. 43,

26    45) (abstracts of judgment issued in this case).

27    ///

28    ///

2

**Conclusion and Order**

For good cause shown in Plaintiff/Judgment Creditor's request, IT IS HEREBY ORDERED:

1. Plaintiff/Judgment Creditor's request for special appointment of a private process server ("Process Server") to serve any writs of attachment and writs of execution in this action (Doc. 46) is GRANTED;

2. Process Server shall be meet the following requirements:

   a. Process Server shall be competent and not less than eighteen (18) years of age;

   b. Process Server shall be a California process server duly registered in the county in which the writ of attachment or writ of execution will be served; and

   c. Process Server shall not be a party to this action.

3. **Within 10 days** from the date of this order, Plaintiff/Judgment Creditor shall file a request for the approval of a proposed Process Server compliant with this Order. *See, e.g.*, *Aero Transp., Inc.*, 2022 WL 2359284, at *1 (granting motion for service of process by registered process server); *Hernandez v. Welcome Sacramento LLC*, No. 2:20-cv-02061-KJM-JDP, 2025 WL 690049, at *1 (E.D. Cal. Mar. 4, 2025) (denying proposed process server where plaintiff "has neither asserted nor demonstrated that [proposed process server] is a 'registered process server' within the meaning of section 699.080(a).").

IT IS SO ORDERED.

Dated:    **September 3, 2025**                    _____

                                              UNITED STATES MAGISTRATE JUDGE

3