UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>JERRY MICHAEL FUENTEZ,<br><br>Defendant. | Case No. 1:24-cv-000466-JLT-CDB<br><br>ORDER GRANTING PLAINTIFF/JUDGMENT CREDITOR'S REQUEST FOR APPROVAL OF PROPOSED PROCESS SERVER ALL-N-ONE LEGAL, SUPPORT, INC.<br><br>(Docs. 47, 48) |

Plaintiff/Judgment Creditor Construction Laborers Trust Funds for Southern California Administrative Company ("Plaintiff" or "Judgment Creditor") initiated this action on December 5, 2023, in the Central District of California (Doc. 1) and filed their proof of service of summons and complaint soon thereafter. (Doc. 10). When Defendant Jerry Michael Fuentez ("Defendant") did not make an appearance or timely respond to the complaint, at Plaintiff's request, the Clerk of the Court entered default against Defendant. (Docs. 13, 14). Plaintiff thereafter filed an unopposed motion for default judgment. (Doc. 16). Prior to ruling on that motion, on April 18, 2024, the case was transferred to this Court. (Doc. 19). On October 22, 2024, the assigned district judge adopted the undersigned's findings and recommendations and granted Plaintiff's motion for default judgment. (Docs. 35, 37). Judgment entered the same day. (Doc. 38). Abstracts of judgment were issued on November 26, 2024, and December 3, 2024. (Docs. 43, 45).

On September 3, 2025, the Court granted Plaintiff/Judgment Creditor's request for the special appointment of a private process server ("Process Server") to serve any writs of attachment and writs of execution in this action. (Doc. 47). The Court ordered Plaintiff/Judgment Creditor to file within 10 days from the date of the order a request for the approval of a proposed Process Server complaint with the order. *See id.* at 3.

**Plaintiff/Judgment Creditor's Request for Approval of a Proposed Process Server**

Pending before the Court is Plaintiff/Judgment Creditor's request for approval of a proposed Process Server from All-N-One Legal, Support, Inc. ("All-N-One"), filed on September 11, 2025. (Doc. 48). Plaintiff/Judgment Creditor represents that the proposed individual process server designated by All-N-One will meet all requirements under California Code of Civil Procedure § 699.080, including that Process Server shall be competent and not less than eighteen (18) years of age; be a California process server duly registered in the county in which the writ of attachment or writ of execution will be served; and not be a party to this action. *Id.* at 2; *see* (Doc. 48-1, Ex. 1) (All-N-One's certificate of registration as a process server).

The Court finds good cause to grant Plaintiff/Judgment Creditor's request for approval of a proposed Process Server from All-N-One to effectuate any writs of attachment and writs of execution in this action.

**Conclusion and Order**

For good cause shown, IT IS HEREBY ORDERED:

1. Plaintiff/Judgment Creditor's request for approval of a proposed Process Server from All-N-One Legal, Support, Inc. (Doc. 48) is GRANTED; and
2. Plaintiff/Judgment Creditor is permitted to use a private Process Server from All-N-One to serve any writs of attachment and writs of execution in this action.

IT IS SO ORDERED.

Dated:   **September 12, 2025**                    _____
                                                    UNITED STATES MAGISTRATE JUDGE